# UNITED STATES BANKRUPTCY COURT
<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: DOUG M. ZAHNEN § Case No. 12-21795
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/07/2014 in Courtroom 744, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u>   **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re:   DOUG M. ZAHNEN   §   Case No. 12-21795
§   Hon. EUGENE R. WEDOFF
§   Chapter 7
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $10,000.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $10,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $10,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,750.00 | $0.00 | $1,750.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $8.21 | $0.00 | $8.21 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

_Charges,_ _U.S. Bankruptcy Court_

_Fees,_ _United States Trustee_

_Other_

Total to be paid for chapter 7 administrative expenses:     $1,758.21

Remaining balance:     $8,241.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| _Reason/Applicant_ | _Total Requested_ | _Interim Payments to Date_ | _Proposed Payment_ |
|---|---|---|---|
| _Attorney for Debtor, Fees_ | | | |
| _Attorney for Debtor, Expenses_ | | | |
| _Attorney for_    _, Fees_ | | | |
| _Attorney for_    _, Expenses_ | | | |
| _Accountant for_    _, Fees_ | | | |
| _Accountant for_    _, Expenses_ | | | |
| _Other_ | | | |

Total to be paid for prior chapter administrative expenses:     $0.00

Remaining balance:     $8,241.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling    $0.00    must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $8,241.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $0.00 |
| Remaining balance: | $8,241.79 |

Tardily filed claims of general (unsecured) creditors totaling $50,756.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Alexian Brothers Health System | $50,756.95 | $0.00 | $8,241.79 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $8,241.79 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
                    Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-21795-ERW
Doug M. Zahnen                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: lhuley              Page 1 of 1              Date Rcvd: Nov 26, 2013
                               Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2013.
```
db         +Doug M. Zahnen,    132 N. Tatge Avenue,    Bartlett, IL 60103-4125
18968927   +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
18968923   +Advocate Medical Group,    Midwest Heart Specialists,    75 Remittance Dr.   Suite 1773,
             Chicago, IL 60675-1773
18968946    Alexius Brothers Health System,    3040 W. Salt Creek Lane,    Arlington Heights, IL 60005-1069
18968924    American Family Insurance,    Madison, WI 53777-0001
18968926   +Atg Credit Llc,   1043 W. Grandville,    Chicago, IL 60660-2152
18968928   +Bartlett Fire Protection Dist,    PO Box 1368,    Elmhurst, IL 60126-8368
18968929   +Bartlett Green Condo Association,    30 S. Wacker Dr. #2600,    Chicago, IL 60606-7512
18968930    Cardiovascular Associates,    PO Box 5940,    Sept 20-1027,   Carol Stream, IL 60197-5940
18968931   +Chuhak & Tecson,    30 S. Wacker Drive,    Suite 2600,   Chicago, IL 60606-7512
18968933   +Dependon Collection Service,    P.O. Box 4833,    Oak Brook, IL 60522-4833
18968934   +Dr. Zaveri & Associates,    800 East Woodfield Rd.,    Schaumburg, IL 60173-4763
18968935   +Dutton & Dutton, PC,    10325 W. Lincoln Hwy,    Frankfort, IL 60423-1280
18968936   +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1474
18968938   +Inpatient Consulants of IL,    PO BOX 92934,    Los Angeles, CA 90009-2934
18968939    Kca Financial Servic,    628 North St.   Suite 200,    Geneva, IL 60134-1380
18968940   +Mea-Aea LLC,   Attn: Bankruptcy Dept.,    PO Box 366,   Hinsdale, IL 60522-0366
18968941   +Medical Business Burea,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
18968942    Midwest Emergenct Associates,    3429 Regal Dr.,    Alcoa, TN 37701-3265
18968943    Midwest Heart Specialists,    1901 S. Meyers Raod,    Suite 350,   Villa Park, IL 60181-5207
18968945   +Radiological Consultants of WoodSto,    Attn: Bankruptcy Dept.,    9410 Compubill Dr.,
             Orland Park, IL 60462-2627
18968937  ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,   1ST FLOOR,    DES MOINES IA 50328-0001
            (address filed with court:  Homeq Servicing,    Po Box 13716,   Sacramento, CA 95853)
19813498   +WELLS FARGO BANK, N.A., as Trustee for the POOLING,    9191 Broadway,
             Merrillville, IN 46410-7043
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18968932   +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 27 2013 01:24:50
             Credit Collection Services,    2 Wells Avenue,   Dept. 9133,    Newton Center, MA 02459-3208
18968944   +E-mail/Text: bankrup@aglresources.com Nov 27 2013 01:21:47     Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
18968925    E-mail/PDF: cbp@slfs.com Nov 27 2013 01:32:36     American General Finan,   381 N Gary Ave,
             Carol Stream, IL 60188
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2013 at the address(es) listed below:
```
              Allan J DeMars    alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              James N Pappas    on behalf of Creditor   WELLS FARGO BANK, N.A., as Trustee for the POOLING AND
               SERVICING AGREEMENT Dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series
               2005-WHQ4 pappas@bcclegal.com,
               mavropodis@bcclegal.com;trainor@bcclegal.com;pluister@bcclegal.com
              Joseph P Doyle    on behalf of Debtor Doug M. Zahnen joe@fightbills.com,   courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```